IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH JOHNSON                                                          PLAINTIFF


V.                              CASE NO. 1:17-CV-00097-JTK


NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                         DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order entered in this date on this date, it is

CONSIDERED, ORDERED AND ADJUDGED that judgment be entered for the Defendant

granting the Motion to Dismiss for Failure to State a Claim (DE # 5) and dismissing Plaintiff's

case with prejudice.

SO ADJUDGED this 8th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE